**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSHUA THOMPSON, | § § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 4:24-cv-01468 |
| COSTCO WHOLESALE CORPORATION, | § § § § | |
| Defendant. | § § | |

**JOINT MOTION FOR ENTRY OF
SECOND AMENDED DOCKET CONTROL ORDER**

Plaintiff Joshua Thompson ("Thompson") and Defendant Costco Wholesale Corporation ("Costco") (collectively, the "Parties") file this Joint Motion For Entry of a Second Amended Docket Control Order and would show the Court as follows:

1.      During the May 5, 2026 status conference, the Parties notified the court that the Parties' have engaged in discovery and scheduled Plaintiff's deposition but require additional time to complete discovery and file dispositive motions. The Court ordered the Parties to confer regarding new proposed dates and submit an amended docket control order.

2.      The Parties have conferred and agree to the dates set forth in the Second Amended Docket Control Order attached hereto as Exhibit A. Thus, the Parties respectfully request that the Court enter the Second Amended Docket Control Order (attached hereto as Exhibit A) to replace the existing docket control order, and move the current trial setting to March 2027.

326109520v.1

WHEREFORE, PREMISES CONSIDERED, the Parties request that the Court enter the attached proposed Second Amended Docket Control Order.

Respectfully submitted,

Respectfully submitted,

By: */s/ Adam Poncio w/permission*
Adam Poncio
Texas Bar No.  16109800
aponcio@ponciolaw.com
Alan Braun
Texas Bar No. 24054488
abraun@ponciolaw.com
PONCIO LAW OFFICES
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
Telephone:   (210) 212-7979
Facsimile:   (210) 212-5880

*Attorneys for Plaintiff*
*Joshua Thompson*

By: */s/ Timothy M. Watson*
Timothy M. Watson
Texas Bar No. 20963575
twatson@seyfarth.com
Elizabeth L. Humphrey
Texas Bar No. 24083217
ehumphrey@seyfarth.com
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas  77002-2812
Telephone:  (713) 225-2300
Facsimile:  (713) 225-2340

*Attorneys for Defendant*
*Costco*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2026, I filed the foregoing instrument with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record listed below.

Adam Poncio
Alan Braun
Aponcio@ponciolaw.com
Abraun@ponciolaw.com
PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Road, Suite 109
San Antonio, Texas, 78229-3550


By:___*/s/ Timothy M. Watson*_____
        Timothy M. Watson

3