United States District Court
Southern District of Texas

**ENTERED**

July 08, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JOSHUA THOMPSON, | § | |
| Plaintiff | § | |
| v. | § | Civil Action No. 4:24-cv-01468 |
| COSTCO WHOLESALE CORPORATION, | § | |
| Defendant. | § | |

**SECOND AMENDED DOCKET CONTROL ORDER**

Anticipated Length of Trial: _____ Days.  Jury: _____X_____  Non-Jury: _____

The disposition of this case will be controlled by the following schedule:

1.   (a) **NEW PARTIES** shall be joined by:                          Date Passed

The attorney causing the addition of new parties must

provide copies of this Order to new parties.

(b) **AMENDMENTS to PLEADINGS**                          Date Passed

by Plaintiff or Counter-plaintiff shall be filed by:

(Absent parties' agreement or court approval, answers may not

be amended more than 21 days after this date. Answers to

amended claims and counterclaims are due 21 days after

amended claims or counterclaims are filed.)

2.   **EXPERT WITNESSES for PLAINTIFF/**                          Date Passed

**COUNTER-PLAINTIFF**

shall be identified by a report listing the qualifications

of each expert, each opinion the expert will present,

and the basis for each opinion. DUE DATE:

326108324v.1

2

3. **EXPERT WITNESSES for DEFENDANT/ COUNTER-DEFENDANT** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion. DUE DATE:  Date Passed

4. **DISCOVERY** and motions related to discovery must be completed, and discovery motions must be filed by: Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. Any discovery motion filed after the cut off is untimely.  September 25, 2026

5. **MEDIATION** due by  September 25, 2026

6. **DISPOSITIVE MOTIONS** will be filed by:  November 13, 2026

7. **ALL OTHER PRETRIAL MOTIONS** (including Daubert/Kumho motions, but not including other motions in limine) will be filed by:  November 13, 2026

8. **JOINT PRETRIAL ORDER** will be filed by: Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court's procedures. (Including motions in limine)  February 16, 2027

9. **Pretrial Conference and Trial** is held in Courtroom 702, at 10:00 AM. Absent parties' agreement, no documents filed within five (5) days before the Trial Date will be considered without prior permission of the Court to file late.  February 22, 2027

3

Signed on __July 8, 2026__, 2026, at Houston, Texas.

_Dena Palermo_

Dena Hanovice Palermo
United States Magistrate Judge

3

326108324v.1